# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:99cr80-1 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| GREGORY L. ROBERSON, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this **9th** day of **December 2019**, in accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED** that the defendant's motion for a resentencing hearing under section 404 of the First Step Act (Doc. 236) is **DENIED**.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court